I was planning to apply for a commutation sometime this year, but specifically decided to do it now due to the COVID-19 crisis, as I am a doctor and the crisis adds a new facet to my request. Since the government is currently seeking a way to release some inmates from the prison system and also desperately needs doctors to help battle COVID-19 in overwhelmed areas, it made sense to apply now. I am am OB/GYN, which is a specialty that includes a lot of primary care, so I am capable of treating patients with COVID issues. Unlike most doctors, I do not have a spouse, children or a patient base relying on me to be home to care for them, so I would be completely portable and am willing to go wherever and whenever would be most helpful. The highest calling for a physician is to help those in need, regardless of personal danger - especially when there is no one else to care for them. This crisis is unprecedented in my lifetime and I am so ready to answer that call and do my part to help.

Beyond the issue with COVID-19, I am requesting a commutation due to the harshness of my sentence for a first-time offender with no criminal history, the effectiveness of my currently served time in meeting the stated goals of the correctional system, the substantial amount of debt I have paid to society thus far, my value as a productive member of society versus as a prisoner, my very low risk of recidivism and my family.

The first 5 years of my incarceration were, strangely, a gift. That is because I took the initiative and wanted to know how I had gone from a happy, successful physician with a life partner to a federal prisoner guilty of

a serious sex crime. I wanted to know why, so I could figure what to do next — those years turned out to be more productive and transformative ~~too~~ than I could have ever dreamed.

The months leading up to my arrest were very hard for me to look at, or think about. During ~~that time~~, I had become a stranger to myself and it is hard to imagine how I could have ever done those things. For a long time after my arrest, I was too hurt and embarrassed to face or delve into the issues surrounding my crime.

Buddhism and my best friend changed that. My best friend gave me the initial push by repeatedly admonishing me that he loved me and thought I was a great guy, but that I desperately needed to grow up. I vehemently denied that at first, but it stuck with me that he felt so passionate about this issue and I began to question myself. Buddhism was the spark that finally lit the fire. A friend of mine had a book on Buddhism and suggested I read it. I knew nothing of Buddhism and had been skeptical of religion in general, not wanting to accept the changes that would necessarily come from living life spiritually, but my best friend had started the process of asking myself questions and I was ready for some answers. I read the book and was thunderstruck — Buddhism and its ~~tenet~~ tenets spoke to me so directly and deeply, I knew things were never going to be the same. I did not have any idea, however, how all-encompassing the coming changes would be.

Shortly after reading the book, a few other inmates and I asked the prison chaplain to establish a Buddhism group ~~at our compound~~ — they accommodated us

and our budding group has been meeting weekly for 2 years now - we've even been able to join with the local Buddhist church here in Springfield. In addition to this, I have read many Buddhist texts and I practice meditation and mindfulness daily.

Buddhism teaches you to cultivate the same loving-kindness for yourself as you do for others. During meditation we are taught to objectively review what arises without fear or judgement, so that you can gain knowledge and insight as opposed to falling into the same old patterns of avoidance and justification. In this way, I have been able to plumb the depths of my mind and reach areas I was previously unable to fully face and deal with. It took a while to build up to the big questions about my path to prison, but I eventually got there and have gone so far beyond.

What I have learned helps explain so much. I could have easily guessed that I was gay starting at age 12 or 13, but I was so terrified about what being gay would mean for my life that I tightly repressed all my feelings in that area. I hoped I could ignore them long enough that they'd just go away. I made it through my teens and most of my 20s without accepting my true nature. I dated women and enjoyed it, but never developed a deep connection because I knew, deep down, that it was a facade.

Suppressing all of those feelings for 15 or so years left that part of me stunted and "stuck" in that time. I keenly felt that I had missed out on

my formative years, so when I finally admitted to myself and my family that I was gay, I planned to waste no time gaining experience with men. But, I've always been a monogamist and so it was that I fell in love with the second man I ever dated. I had a strong desire to explore myself sexually, but could not deny the power of being in love for the first time (at age 28), so I settled happily into our relationship — that stunted, stuck part of me was once again ignored — tamped down and repressed.

My partner and I had a wonderful relationship for almost 7 years, at which point we lost our natural rhythm and could not seem to get back on the same page. We knew we still loved each other and spoke openly about our concerns — we wanted to find a way forward, together.

One day, we spontaneously took a step neither of us had anticipated — we invited a friend of his to join us in our bed. Afterward, it seemed to have ignited some spark between us and we were hopeful that maybe this would, in a strange way, get us back on track. Unfortunately, as having intercourse with other people was in no way addressing our actual issues, this "fix" was quite short-lived. It became clear that our relationship was only getting worse, but we apparently thought that if sex was not working maybe even more sex would.

This is where everything began a downhill slide. My partner and I had broken up for 4 months at the beginning of our relationship and I still remembered it as the worst period of my life (I can see now that this was because I was so immature and inexperienced when it came to love). I could not


free feeling that way again and truly thought I could not live without him, so as the failure of our relationship loomed, I absolutely panicked.

Up to that point I had never really failed at anything and I was woefully unequipped to deal with a failure as large as this one seemed to be at the time. As a result of how terribly I handled this, every other major area of my life began to fail, as well. I am known for being a very caring and engaged doctor, so when my patients felt the change in me they began to leave my practice. As that happened, my finances began to suffer — I still made a large amount of money, but had been overextended to begin with. My office partners then met with me and expressed their concern and were upfront about their intent to vote me out of the office if I did not come back around. Even my nurse eventually left, stating that she loved Dr. Coleman but did not know the man standing in front of her. (I should be clear that I did not mismanage any patients or commit malpractice — I still did my job, but I was not at all emotionally available and this was clearly felt by my patients and colleagues).

All of this added pressure was clearly justified, but knowing that did not help me at the time and my response was to implode. I spoke to my father during this time via phone (I had stopped going to visit them) and told him I felt like my life was the Titanic — it had just hit the iceberg and I was the only one who knew about it, so the lights were still on and the people were still dancing but the ship was doomed. I knew I should talk with a therapist, but physician culture is very heavily weighted toward

appearing perfect and I was sure if word got out that I was doing poorly enough to need a therapist my referrals would dry up and I would be an outcast.

At this time, as I completely shut down, that stunted and repressed part of me stepped right up. I do not believe that what followed was inevitable - I was not a ticking time bomb that would have gone off at some point no matter what. I could have lived a million lifetimes and not have it end this way, I could have easily dealt with that repressed part of myself in a healthy productive way, but in this life I made a slew of bad decisions and went down this path.

Since we were already having intercourse with a sizeable group of men at this time, I found it so easy to use sex as an escape from the pain of my life - these were anonymous men who wanted and expected nothing from me except instant gratification - for a short time, I could feel carefree again. But, since sex never was the answer to my problems, it didn't actually help and everything devolved even further from here. Whereas I've never been a risk-taker and have religiously used condoms since beginning sexual activity at age 19, I now began to take a wide variety of risks, including unprotected sex with men I knew nothing about. I also began to view porn obsessively and when this, like the sex, did not work anymore, I just made the porn more and more taboo. I had reached a point where I was so exhausted and overextended that I usually could not function sexually, so I started to take multiple testosterone boosters and sexual enhancement drugs daily, despite the obvious risks and side effects - this was like

adding gas to an inferno and only made things worse.

I readily admit that I did not have much consideration for the law at this time. It's not that I felt above the law, it's that I didn't have much consideration for anything at that time — I was not doing a lot of critical thinking and I was also just absolutely naive to the level of consequences I was facing. At the time that I was set to meet my victim ("N.D."), I was having regular encounters with men who were quite obviously of legal age. I was not targeting "N.D." in any way, but when I got the text stating that he was not of legal age, it did not bother me overmuch. I felt if he wanted to send me a picture or video or even meet up that it was causing no harm. I knew that I had no malicious intent in my heart and so told myself it was OK. I was not doing a lot of critical thinking at this time, but I was spending a lot of time idly justifying my actions.

I am an intelligent, educated human being. The direct and indirect damage I was capable of inflicting in this situation was right there for me to see, if only I had stopped to consider it. I did not consider that the age gap between N.D. and I and the advanced experience that implied on my part immediately made our interactions unequal — he may have felt pressured to "up the ante" and act/appear more advanced or sure than he felt. This same reasoning applies to pictures and videos — he may have felt a pressure I was unaware of or may have been explicitly pressured by someone else to make the image — by accepting that image I was adding to any victimization present.

I was also implicitly asking him to interact in an adult world he was not part of. If I had bothered to think about my own teen years, I would have remembered the flood of emotions that accompanied my burgeoning sexuality and the rush of hormones that often drive the urge to take unnecessary risks. He did not belong in my world and I had absolutely no right to be in his. If he had been my brother or cousin and I learned he was going to meet an anonymous, older man, all of my protective instincts would have kicked in and I would have done whatever it took to stop it, as N.O.'s dad did. All of this was there for me to see, but I did not see it that way at the time – when I realized this, all of my old patterns & justifications in this area fell away and clarity took their place.

Before all of this, I was so resistant to change, thinking that "me" didn't want to not be "me" anymore, but Buddhism taught me that change is not only ok but necessary. I did not realize why I was not wholly satisfied with life – I thought it was because I missed out on those years of my life, but it was because I was busy missing my life every day while living in the past. Buddhism taught me that yesterday is gone & cannot be changed and that tomorrow does not exist yet: the only life you can live is this one, right now – and happiness is not found by clinging to people or possessions – such a simple concept, but once I internalized and lived it, it changed everything.

Buddhists are big on the life/death cycle and on rebirth. I believe that people experience these cycles throughout their lives. The man that I was and

the life that I had died in 2013. Through a painful rebirth process I have become the man that I am today. I no longer feel the crushing pressure to be or seem perfect - that illusion shattered permanently in 2013. With that comes the freedom to ask for help when I need it and to admit that I don't have all of the answers. I know now that I have the strength to deal with life's big turns - I did, after all, lose that partner I thought I couldn't live without along with everything else I've ever worked for and I'm still alive and doing well. Most importantly, I've learned to leave the past where it belongs - in the past. I don't want or need to act like I'm still that same ~~guy~~ guy I was for so long, stuck in my teen years. I've made peace with that "stuck" part of me and have let him go on his way.

I am a million miles away from where I was 7 years ago and it is a beautiful thing. A friend of mine in the Buddhism group said last year, "Shelby is a completely different person than he was a year ago" - I could not agree more ~~or be prouder of that fact~~.

Where I am today represents years of proactive effort. In addition to my spiritual awakening and transformation, I have worked diligently to keep myself mentally and physically sharp. I do a large amount of brain exercises and I challenge myself with new skills constantly. I have learned racketball and play often, I bought some yoga books and have been practicing and deepening my knowledge of yoga for 6 years now. I am learning to play guitar and until recently was learning the German and Ancient Greek languages. I eat well and exercise regularly. Also, I

Case 6:13-cr-03090-MDH   Document 81-2   Filed 06/08/20   Page 9 of 14

have always had a small group of inmates who see the life I am living here and want to know how I do it. Since I am a natural caregiver, I have consistently spent time with inmates over the past 6½ years teaching them about proper diet and nutrition, proper exercise and yoga technique, motivation for regular exercise, and setting/attaining reasonable goals. Over the past 2 years, this list has grown to include Buddhism/mindfulness/meditation and I have people that I am helping with all of these things even during our current shelter-in-place situation due to COVID-19.

My parents were worried that, due to my previously cossetted life, I would crumble in prison. Instead, as my father recently put it, I have flourished. I have not become institutionalized and I do not enjoy living in prison, but I am living my fullest life here everyday. I am also continuously setting myself up to be ready for life at home once again.

I am asking to go home and realize that this is a big request. It is, of course, valid to worry about recidivism, but I have every positive thing I can think of working in my favor. In a general sense, people with sexual offenses tend to have low recidivism. Studies also show that increasing education level sharply decreases recidivism. The BOP classifies me in their lowest recidivism risk category: minimum. On a personal level, I just do not have a desire to commit any crime, and certainly not a sex crime — the changes I've gone through since 2013 preclude any of that. In addition, the government has provided more than adequate discouragement from committing a crime. This crime has cost me almost 7 years as yet, along

with all of the fruits of 24 years worth of education and effort (medical practice, house, all income, etc.). Add to that the fact that a second crime would very likely include decades of prison time and it is difficult to imagine how more discouragement could be provided. I am also older now and, aside from my awakening and understanding, I just don't view sex or sexuality with the same importance or in the same way anymore. I lived, briefly, a life where I felt insecure and was constantly looking over my shoulder — I do not want to live a miserable existence like that for even a second more of my life. The entire course of my life, save for that time period, has been a positive, law-abiding and productive existence — I did not manage to somehow evade detection by the law for decades — I did not show up on the radar because there was nothing to detect.

I realize that an inmate's victim(s) and the justice they deserve is of the utmost importance. In my case, I never lied about my age or intentions and I never even came close to bullying anyone. My interactions occurred through websites and apps designed to help adult males meet. These things clearly do not absolve me from responsibility and I feel awful for not considering the damage I might cause, but I do feel this puts me into a different category than someone who actually sought to mislead, hurt, or victimize people and/or ruined lives. I have done and will continue to do all that I can to repay this debt. In addition to the debt I have paid thus far, I believe I can help by living a law-abiding and clean life and to put as much good out into the world as I possibly can.

Another important part of this request is my family.

Like many other inmates, I have a loving family who unfortunately gets to serve every day of this sentence with me. Unlike many inmates, I have a family who lost nearly everything because of me, and my actions. My parents have given me so much love, support and kindness my whole life. They sacrificed their finances and their comfort so that I could achieve my lifelong dream of becoming a doctor — and they did it without question or complaint. In an effort to pay them back for all of that, in 2012 I bought them a house and 2 cars. My mother has a large number of health issues and she needed to move to a house with only one level and my parents needed reliable transportation to and from her doctor visits (over an hour away). I wanted them to be excited and proud, so I bought a house and cars they could not afford — I never dreamed what the next year would bring. After I got arrested, they lost the cars and had to scramble to get replacements, they had to suddenly find money for bills I had been helping with and would have become homeless if not for the grace of my aunt. I tried to help them and to say "Thanks" and instead I made things much worse for them.

My mother's health has continued to deteriorate and has reached a level that often precludes them being able to visit me — they rarely can afford to visit and then have had to turn back mid-trip more than once because my mother was not strong enough for the trip — one of those attempted visits ended in an ER visit and an extended hospital stay. My mother recently told one of her doctors that her goal is to "make it until my son comes back home" — that is absolutely heartbreaking for a son to hear. These 2 people have given so much to me my whole life, never failing to stand proudly by my side — they made it through the fallout they had

to endure after my arrest and they still love me with all their hearts. I cannot express fully how much they mean to me and I am so scared that in another 7 years they will not be there. I so badly need to ~~repay them~~ work on repaying them for the decades of selflessness and love they have given me — I can feel this window of opportunity closing more each year and this is the single most important goal in my life.

As I stated before, the first 5 years of my sentence were a blessing. I needed and deserved to be incarcerated — no doubt about it. But, past a certain point, this has become a situation with diminishing returns. I still do all of the productive and helpful things I do daily and I continue to grow in Buddhism, but I do not feel a productive purpose in continued incarceration. Every additional year I spend here hobbles my ability to re-establish my life in any meaningful way. At this point, with a strong will and lots of effort, I could possibly restart a clinical practice — in another 7 years that will be all but impossible. Even without medicine as a goal, every year that passes in a place like this tends to slowly kill a person's spirit. I know I needed to be incarcerated, but I do not believe I need to be punished to a point that precludes any real hope of redemption.

When I do go home, I will not be even close to being alone. I have a large, loving family (parents, sisters, many aunts & uncles) who are anxious to help support and guide me. I have Buddhism/mindfulness/meditation, the Buddhist church and all the tools and knowledge these things have given me. I will have a therapist to help me understand

even more and to develop even more tools for staying on the right path. I will also have the government looking over my shoulder - a presence I welcome, because I understand that I have broken ~~the~~ my contract with society (where everyone assumes you are ~~to~~ be trusted until proven otherwise) and I am ready to show the government and society that I am worthy of inclusion, after all.

  I hope and pray that you will give me a chance to prove and redeem myself. I would gladly work for the government to fight COVID-19 whenever and wherever I could help most. I would also gladly accept a post providing OB/GYN care to women without current access (a worsening problem in this country). Barring those possibilities, I would be eternally grateful for the chance to return to my family and re-establish my life. If medicine is no longer an option, I have many ideas about ways to help people lead full, healthy lives without me being their doctor. Either way, I'll be ecstatic to work and live this new life, content in the knowledge that life is always beautiful, if only it's looked at in the right light.

  Thank you for your time and consideration.